UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JULIEE L. BATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 1:12-cv-00308-RLY-DML |
| ROCHE DIAGNOSTICS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

The court, having this day granted Defendant's Motion for Summary Judgment,

now enters final judgment in its favor, and against the Plaintiff herein, Juliee L. Bates.

**SO ORDERED** this 12th day of September 2013.

_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution Electronically to Registered Counsel of Record.

1